# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY LEE CHILDERS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 70658

FILED

SEP 1 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

On June 8, 2016, appellant filed a notice of appeal. No appealable order was designated in the notice of appeal. To the extent appellant appeals from the orders denying a motion for the appointment of counsel and denying a request for records/court case documents, no statute or court rule permits an appeal from such orders. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

16-28179

cc: Hon. Michelle Leavitt, District Judge
Anthony Lee Childers
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2